**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**
**SOUTHERN DIVISION**

| | |
|---|---|
| SCHAAP'S RV TRAVELAND INC., <br><br> Plaintiff, <br><br> vs. <br><br> HEARTLAND RECREATIONAL VEHICLES, LLC <br> Defendant. | CIV. #07-4011-LLP <br><br> **NOTICE OF DISMISSAL** |

COMES NOW, the Plaintiff, Schaap's RV Traveland Inc., by and through its counsel of record, and hereby files this Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a). The Plaintiffs seek dismissal of the above-captioned action with prejudice.

Dated this 12th day of March, 2007.

        **JOHNSON, HEIDEPRIEM, JANKLOW,**
        **ABDALLAH, & JOHNSON, L.L.P.**

        BY:  /s/ Shannon Falon_____
        Steven M. Johnson.
        Shannon Falon
        P.O. Box 1107
        Sioux Falls, SD 57101-1107
        (605) 338-4304

        *Attorneys for the Plaintiff*